KAREN L. LOEFFLER
United States Attorney

KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| | ) | |
| Plaintiff, | ) | <u>COUNT 1</u>: |
| | ) | DRUG TRAFFICKING CONSPIRACY |
| vs. | ) | RESULTING IN DEATH AND |
| | ) | SERIOUS BODILY INJURY |
| SEAN MICHAEL WARNER and | ) |    Vio. of  21 U.S.C. §§ 846, 841(a)(1) |
| MAX RAYMOND JEWETT, | ) | & (b)(1)(C) |
| | ) | |
| Defendants. | ) | <u>COUNT 2:</u> |
| | ) | DISTRIBUTION OF HEROIN |
| | ) | RESULTING IN SERIOUS BODILY |
| | ) | INJURY AND DEATH |
| | ) |    Vio. of  21 U.S.C. § 841(a)(1) & |
| | ) | (b)(1)(C) |
| | ) | |
| | ) | <u>COUNTS 3-4:</u> |
| | ) | DISTRIBUTION OF CONTROLLED |
| | ) | SUBSTANCE TO A PERSON UNDER |
| | ) | THE AGE OF 21 |
| | ) |    Vio. 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| | ) | and 859 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

)  COUNT 5:
)  DISTRIBUTION OF CONTROLLED
)  SUBSTANCE WITHIN 1000 FEET OF
)  AN ELEMENTARY SCHOOL
)     Vio. 21 U.S.C. §§ 841(a)(1) and
)  (B)(1)(C) and 860
)
)  COUNT 6:
)  MAINTAINING A DRUG-INVOLVED
)  PREMISES WITHIN 1000 FEET OF A
)  PUBLIC ELEMENTARY SCHOOL
)  AND PLAYGROUND
)     Vio. 21 U.S.C. §§856, 860

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Drug Trafficking Conspiracy Resulting In Death and Serious Bodily Injury

Beginning on some date unknown to the Grand Jury and continuing to on or about December 23, 2011, in the District of Alaska and elsewhere, defendants SEAN MICHAEL WARNER, MAX RAYMOND JEWETT, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other and others both known and unknown to the Grand Jury, to distribute controlled substances. Some of these controlled substances were used by a minor, J.D., and resulted in death and serious bodily injury to her;

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

2

## COUNT 2

### Distribution of Heroin Resulting in Death and Serious Bodily Injury

On or about December 23, 2011, in the District of Alaska, defendants SEAN MICHAEL WARNER and MAX RAYMOND JEWETT, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and defendants' distribution of said heroin resulted in serious bodily injury to and death of another person, to wit, the minor J.D.;

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3

### Distribution of Heroin to a Person Under 21

On or about December 23, 2011, in the District of Alaska, SEAN MICHAEL WARNER, who was then at least eighteen years old, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, to the minor J.D., a person under the age of twenty-one.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4

### Distribution of Methamphetamine to a Person Under 21

On or about December 14, 2011, in the District of Alaska, SEAN MICHAEL WARNER, who was then at least eighteen years old, did knowingly and intentionally

distribute a mixture or substance containing a detectable amount of heroin and methamphetamine, both Schedule I controlled substances, to the minor R.H., a person under the age of twenty-one.

All in violation of Title 21, United States Code, Sections 841(a)(1) and(b)(1)(C).

## COUNT 5
## Drug Distribution Near a School and Playground

On or about December 23, 2011, in the District of Alaska, SEAN MICHAEL WARNER, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin or methamphetamine, both Schedule I controlled substances, at 2808 Leighton St., Anchorage, Alaska, which place is within one thousand feet of a playground and the real property comprising Turnagain Elementary School.

All in violation of Title 21, U.S.C. §§ 841(a)(1) and (B)(1)(C) and 860.

## COUNT 6
## Maintaining a Drug Involved Premises Near a School and Playground

Between some exact time unknown to the Grand Jury, but at least on or before October 1, 2011, and continuing to on or about December 23, 2011, both dates being approximate and inclusive, defendant SEAN MICHAEL WARNER, within the District of Alaska, knowingly and intentionally maintained a place at 2808 Leighton St.,

4

Anchorage, Alaska, which place is within one thousand feet of a playground and the real property comprising Turnagain Elementary School, for the purpose of distributing and using controlled substances, to wit, heroin, methamphetamine and cocaine.

All in violation of Title 21, United States Code, Section 856(a)(1) and 860(a).

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
United States of America
Assistant U.S. Attorney

s/Regan Williams
REGAN WILLIAMS
United States of America
Special Assistant U.S. Attorney

s/Karen L. Loeffler
KAREN L. LOEFFLER
United States of America
United States Attorney

DATE: 8/22/2013